# CHAPTER 13 PLAN

Case No.: **15-80089**

Debtor(s): **Lola Wilson**  SS#: **xxx-xx-7011**  Net Monthly Earnings: **260.50**

SS#: _____  Number of Dependents: **0**

1. Plan Payments:
   ( **X** ) Debtor(s) propose to pay direct a total of $ **260.00** ☐ weekly ☐ bi-weekly ☐ semi-monthly ☒ monthly into the plan; or
   ( ____ ) Payroll deduction Order: To _____ for
   $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **15,414.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| -NONE- | | | |

   B. Total Attorney Fee: $ **3,000.00** ; **$300.00** paid pre-petition.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| -NONE- | | by Trustee<br>by Debtor | | | | | |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Chrysler Financial/TD Auto Finance | $48.00 | $4,743.45 | $0.00 | $0.00 | Judgment Lien 52-DV-2013-900529 | 8.95% | $98.35 | |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions:

☐ This is an original plan.

☒ This is an amended plan replacing plan dated **1/20/2015**.

☒ This plan proposes to pay unsecured creditors **100** %.

☐ Other Provisions: **In addition to the $334.00 received by the Trustee Debtor is to pay $262.00 beginning April, 2015 for 58 months**.

Attorney for Debtor Name/Address/Telephone #  Date **March 19, 2015**  /s/ Lola Wilson
**John C. Larsen**  Lola Wilson
**1733 Winchester Road**  Signature of Debtor
**Huntsville, AL 35811**
Telephone # **256-859-3008**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served upon all creditors listed on the matrix by depositing copies in the United States Mail, properly addressed and postage prepaid, on this the 19th day of March, 2015.

A copy was served electronically on Michael Ford, Chapter 13 Trustee, on this the 19th day of March, 2015.

/s/ John C. Larsen

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-8<br>Case 15-80089-CRJ13<br>NORTHERN DISTRICT OF ALABAMA<br>Decatur<br>Wed Mar 18 11:38:02 CDT 2015 | U. S. Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602-2775 | Cap1/ymaha<br>90 Christiana Road<br>New Castle, DE 19720-3118 |
| Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chrysler Financial/TD Auto Finance<br>Attn: Bankruptcy<br>Po Box 551080<br>Jacksonville, FL 32255-1080 | MacDowell & Associates Ltd. Inc<br>P.O Box 131029<br>Birmingham, AL 35213-6029 |
| TD Auto Finance LLC<br>c/o MacDowell & Associates Ltd. Inc.<br>P.O. Box 131029<br>Mt. Brook, AL 35213-6029 | John C. Larsen<br>Larsen Law, P.C.<br>1733 Winchester Rd<br>Huntsville, AL 35811-9190 | Lola Wilson<br>3473 West Lacon Rd.<br>Falkville, AL 35622-5428 |
| Michael Ford<br>Chapter 13 Standing Trustee<br>P.O. Box 2388<br>Decatur, AL 35602-2388 | End of Label Matrix<br>Mailable recipients    9<br>Bypassed recipients    0<br>Total                  9 | |