IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE: | CASE NO. 15-80089-CRJ-13
    Lola Wilson

CHAPTER 13

SS#: XXX-XX-7011
    DEBTOR

**TRUSTEE'S MOTION TO MODIFY CHAPTER 13 PLAN**

COMES NOW, Michael Ford, the Chapter 13 Trustee in the above styled case, and moves this Court to modify Debtor's plan confirmed March 26, 2015; and as grounds therefore, the Trustee would show unto the Court as follows:

1. The Debtor's Chapter 13 plan presently calls for payments of $262.00 monthly to the Chapter 13 Trustee.

2. The Trustee moves to modify this plan to amend the fixed monthly payments due to the secured creditors..

3. In order for the plan to complete as confirmed, the Trustee proposes the Chapter 13 Plan payments resume in the amount of $262.00 monthly beginning in July 2015 for the remaining 55 months of the plan.

WHEREFORE, the Trustee moves for an order modifying the plan pursuant to 11 U.S.C. § 1329 and Rule 3015(g) the Chapter 13 Plan payments resume in the amount of $262.00 monthly, beginning July 01, 2015 for the remaining 55 months of the plan. . Other provisions: All other provisions to remain the same.

RESPECTFULLY SUBMITTED, this the 19th day of June, 2015.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE U. S. BANKRUPTCY COURT AND A COPY SERVED ON THE CHAPTER 13 STANDING TRUSTEE WITHIN TWENTY-ONE (21) DAYS FROM DATE OF SERVICE HEREOF. ANY OBJECTIONS FILED WILL BE HEARD BY THE COURT ON THE **20TH DAY OF JULY, 2015, AT 1:30 P.M. IN THE BANKRUPTCY COURTROOM, FEDERAL BUILDING, CAIN ST ENTRANCE, 3rd FLOOR, DECATUR AL 35601**. THIS MOTION WILL BE GRANTED UNLESS AN OBJECTION IS FILED WITHIN TWENTY-ONE (21) DAYS.

/s/ Michael Ford
MICHAEL FORD, TRUSTEE
P.O. BOX 2388
DECATUR, AL 35602-2388
(256)350-0442

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the above Motion upon the Attorney for the Debtor and the Debtor , by mailing a copy of the same with adequate postage thereon or by electronic means when available:

Lola Wilson
3473 West Lacon Rd.
Falkville, AL 35622

JOHN C LARSEN
LARSEN LAW PC
1733 WINCHESTER ROAD
HUNTSVILLE, AL 35811

This the 19th day of June, 2015.

/s/ Michael Ford
Michael Ford, Trustee